1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   CHERYL A. GRAMES
3  Nevada Bar No. 12752
   Cheryl.Grames@lewisbrisbois.com
4  SHIRLEY J. FOSTER
   Nevada Bar No. 8069
5  Shirley.Foster@lewisbrisbois.com
   LEWIS BRISBOIS BISGAARD & SMITH LLP
6  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
7  Telephone: 702.893.3383
   Facsimile: 702.893.3789
8  *Attorneys for State Farm Mutual Automobile Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| BRANDI NICOLE MARLER, | Case No. 2:21-CV-00253GMN-NJK |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Corporation; DOES I-V; and ROE CORPORATIONS VI-X, inclusive,, | |
| Defendants. | |

   IT IS HEREBY STIPULATED and AGREED between Plaintiff BRANDI NICOLE MARLER ("Plaintiff"), by and through her counsel, VAN LAW FIRM, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each

…

…

…

…

4873-9393-0260.1

party to bear their own attorney's fees and costs.

DATED this 8th day of June, 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Cheryl A. Grames*
Robert W. Freeman
Nevada Bar No. 3062
Cheryl A. Grames
Nevada Bar No. 12752
Shirley J. Foster
Nevada Bar No. 8069
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

DATED this 8th day of June, 2022.

VAN LAW FIRM

*/s/ Sandy Van*
Sandy Van
Nevada Bar No. 10785
1290 South Jones Blvd.
Las Vegas, NV  89146
*Attorneys for Plaintiff Brandi Nicole Marler*

**ORDER**

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this  9  day of June, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT